IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 23-CR-1485-WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHEN RICHARD GARLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR TEMPORARY CUSTODY OF DEFENDANT**

The United States of America respectfully moves that the Court order the Clerk of this

Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the

Bernalillo County Metropolitan Detention Center, Albuquerque, New Mexico, to surrender

NATHEN RICHARD GARLEY to the United States Marshals Service for the District of New

Mexico or his authorized representative, and that the United States Marshal or his authorized

representative be directed to bring NATHEN RICHARD GARLEY to the United States

Courthouse for the District of New Mexico for the purpose of prosecution in the above-captioned

case.

NATHEN RICHARD GARLEY is to be returned to the Bernalillo County Metropolitan

Detention Center at the conclusion of the hearing or proceeding for which his appearance is

required.

CONTINUED ON NEXT PAGE.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed on 02/04/2025*
TIMOTHY D. TREMBLEY
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274