IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 23-CR-1485-WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHEN RICHARD GARLEY, | ) | |
| | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR TEMPORARY CUSTODY OF DEFENDANT

TO:  Sheriff or Warden of Bernalillo Metropolitan Detention Center, Albuquerque, New Mexico, and to the United States Marshal or its authorized representative

GREETINGS:

You are hereby commanded to deliver NATHEN RICHARD GARLEY, Inmate No. 100274783, Booking # 23-12601, y/o/b 2002, a prisoner in your custody to the United States Marshal for the District of New Mexico, or its representative.

The United States Marshals Service is commanded to produce NATHEN RICHARD GARLEY for prosecution before the Honorable United States District Judge Kea W. Riggs, at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Gila Courtroom (520), Albuquerque, New Mexico, on Thursday, February 6, 2025, at 9:00 a.m.

NATHEN RICHARD GARLEY is to be returned to the Bernalillo County Metropolitan Detention Center at the conclusion of the hearing or proceeding for which his appearance is required.

WITNESS the Honorable United States Magistrate Judge John F. Robbenhaar, of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 4th day of February, 2025.

_____
United States Magistrate Judge

*N. Maestas*
_____
Mitchell R. Elfers, Clerk of Court