*Rev. May 22, 2012*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR23-1485 WJ | UNITED STATES vs. Nathen Richard Garley |
|---|---|

**Before The Honorable Kea W. Riggs, United States District Judge**

| Hearing Date: | 2/6/2025 | Time In and Out: | 9:01am – 9:14am = 13 minutes |
|---|---|---|---|
| Clerk/Law Clerk(s): | R. Garcia/Emily Franke, Taylor Rafaly | Court Reporter: | Mary Loughran |
| Defendant: | Nathen Richard Garley | Defendant's Counsel: | Buck Glanz |
| AUSA: | Timothy Trembley | Interpreter: | N/A | | Sworn |
| | | | | | Waived |

| | | | |
|---|---|---|---|
| **X** | Defendant Sworn | | First Appearance |
| | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| **X** | Deft acknowledges receipt of **Indictment** | | |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| | Terms and conditions of proposed plea agreement explained. | | |
| **X** | Factual predicate to sustain the plea provided. | | |
| **X** | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.   Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| **X** | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| **X** | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| **X** | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. | | |
| **X** | Deft pleads GUILTY to **Indictment** | | |
| **X** | Allocution by Deft on elements of charge(s). | | |
| **X** | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| **X** | Deft adjudged guilty. | | |
| | Court accepts the parties' [11(c)(1)(C)] Plea Agreement. | | |
| **X** | Sentencing Date:   **to be notified** | | |
| **X** | Defendant to Remain in Custody | | |
| | Present conditions of release continued | | Conditions changed to: |
| | Penalty for failure to appear explained | | |
| **X** | Presentence Report Ordered | | **Expedited (Type III)** |
| **X** | Other Matters: | | |

*Rev. May 22, 2012*